No. 206. ALLEN & REED, INC. *v.* PRESBREY ET AL. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* It appearing that this case has be-

come moot, the appeal is dismissed and the cause is remanded to the Superior Court for the Counties of Providence and Bristol of the State of Rhode Island in order that that court may take such further proceedings as may be appropriate in the premises. This is done upon the authority of *Mills* v. *Green,* 159 U. S. 651; *American Book Co.* v. *Kansas,* 193 U. S. 49, 51; and *Brownlow* v. *Schwartz,* 261 U. S. 216. *Mr. William W. Moss* for appellant. *Mr. Elmer S. Chace* for appellees.